UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 19-00190JVS(DFMx) |
| Date | June 24, 2019 |
| Title | Carmen John Perri v Chivens, Inc, et al |

Present: The Honorable **James V. Selna, US District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Osman Taher | Stephen Abraham |

**Proceedings:** Scheduling Conference (Continued from 4/29/19)

Cause is called for hearing and counsel make their appearances. Court and counsel confer. Counsel notify the Court that they have held a settlement conference but the matter did not settle. The Court sets the case management dates with the agreement of counsel as follows:

| | |
|---|---|
| **Jury Trial** | **April 28, 2020 at 8:30 a.m.** |
| File Findings of Fact and Conclusions of Law by April 21, 2020 | |
| **Final PreTrial Conference** | **April 13, 2020 at 11:00 a.m.** |
| File PreTrial Documents not later than April 6, 2020 | |
| File motions in limine not later than March 16, 2020 | |
| **Discovery Cut-off** | **January 13, 2020** |
| **Law and Motion Cut-off** | **March 9, 2020 at 1:30 p.m.** |
| Motions to be filed and served not later than **February 10, 2020** | |
| **Last Day to Amend Pleadings or Add Parties August 2, 2019** | |

0 : 05

Initials of Preparer   lmb