Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Craig G. Côté, Esq. (State Bar No. 132885)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff: CARMEN JOHN PERRI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CHIVENS, INC., a California corporation; L.A. PACIFIC PLAZA LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.:** 8:19-cv-00190-JVS-JDE<br><br>**NOTICE OF MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT**<br><br>**DATE:** 9/9/2019<br>**TIME:** 1:30 p.m.<br>**COURTROOM:** 10C<br><br>**HON. JAMES V. SELNA** |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on  **September 9, 2019**   at **1:30 P.M.**, or as soon thereafter as the matter may be heard, Plaintiff CARMEN JOHN PERRI

---

**NOTICE OF MOTION FOR LEAVE TO AMEND COMPLAINT**

1

("Plaintiff") will move this Court located at **411 West 4th Street, Santa Ana, CA**, in **Courtroom 10C** for leave to file a First Amended Complaint. Plaintiff moves this Court for an order under Rule 15(a) of the Federal Rules of Civil Procedure granting Plaintiff leave to file the First Amended Complaint in the form shown in the copy of the proposed First Amended Complaint that is attached to the Declaration of David M. Fitzgerald as Exhibit 1.

This motion is made following the attempt at conference of counsel pursuant to Local Rule 7-3 which took place on July 26, 2019. This motion is based upon this Notice, the attached Memorandum of Points and Authorities, any attached declarations, and on such other evidence attached or as may be presented at the hearing of this motion.

Dated: August 2, 2019        **MANNING LAW, APC**

By: */s/ Joseph R. Manning, Jr., Esq.*
    Joseph R. Manning Jr., Esq.
    Michael J. Manning, Esq.
    Craig G. Côté, Esq.
    Attorneys for Plaintiff