# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>CHIVENS, INC., a California corporation; L.A. PACIFIC PLAZA LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | **Case No.:** 8:19-cv-00190-JVS-JDE<br><br>**[PROPOSED] ORDER RE:  MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT**<br><br>**DATE:**  9/9/2019<br>**TIME:**  1:30 p.m.<br>**COURTROOM:**  10C<br><br>**HON. JAMES V. SELNA** |

This matter came on for hearing on September 9, 2019 at 1:30 P.m. on Plaintiff's duly noticed Motion for Leave to file a First Amended Complaint. Having read the papers submitted in support of and in opposition to the motion and having considered the arguments of counsel, the Court finds that justice requires that leave to amend is granted.  Accordingly,

**IT IS HEREBY ORDERED THAT:**

1. The motion is **GRANTED**;
2. Plaintiff is given leave to file the First Amended Complaint that was attached as Exhibit 1 to the Declaration of David M. Fitzgerald;
3. Plaintiff's First Amended Complaint shall be filed within 3 days of this Order; and,

4.  Defendant may respond to this amended pleading within 21 days thereafter.

Dated: _____                    _____
                                                                         HONORABLE JAMES V. SELNA
                                                                         UNITED STATES DISTRICT JUDGE