Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Craig G. Côté, Esq. (State Bar No. 132889)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff: CARMEN JOHN PERRI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual;<br><br>    Plaintiff,<br><br>v.<br><br>CHIVENS, INC., a California corporation; L.A. PACIFIC PLAZA, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | **Case No.: 8:19-cv-00190-JVS-DFM**<br><br>**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO THE DEFENSE MOTION**<br><br>Hon. James V. Selna<br><br>Date: October 28, 2019<br>Time: 1:30 p.m.<br>Court: 10C |

After reviewing the defense submission of declarations and evidence, the plaintiff agrees that the ADA violations have been remedied and the sole federal remedy has been rendered moot. On that basis, the plaintiff does not oppose the defense motion as to the ADA claim. Additionally, the plaintiff does not oppose the defense request that this Court decline to exercise supplemental jurisdiction and dismiss the state claims without prejudice to refiling in state court.

Dated: October 4, 2019                    **MANNING LAW, APC**

                                            By: /s/ Joseph R. Manning Jr., Esq.
                                                    Joseph R. Manning Jr., Esq.
                                                    Attorneys for Plaintiff

# PROOF OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the cause. My business address is 4667 MacArthur Blvd., Suite 150, Newport Beach, CA 92660.

On October 4, 2019, I served the true copies of the foregoing document described as PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO THE DEFENSE MOTION on the interested parties in this action, addressed as follows:

**Served Via US Mail onto:**

| Attorney | Telephone/ Facsimile/Email | Party |
|---|---|---|
| Stephen E. Abraham, Esq. Law Offices of Stephen E. Abraham 1592 Pegasus St. Newport Beach, CA 92660 | stephen@abraham-lawoffices.com | Attorney for Defendants |

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☐ (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 4, 2019, **a**t Newport Beach, California.

_____Kat Garzon_____                      _____(Signature)_____
(Type or print name)