UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 19-190 JVS (DFMx)                         Date   October 24, 2019

Title   Carmen John Perri v. Chivens, Inc. et al

Present: The Honorable   **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] Order Regarding Motion for Partial Summary Judgment and Request to Decline Supplemental Jurisdiction**

      Defendants Chivens, Inc. and L.A. Pacific Plaza LLC ("Defendants") moved for partial summary judgment on Plaintiff Carmen John Perri's ("Perri's") claim under the Americans with Disabilities Act.  Mot., Docket No. 28.  In addition, Defendants requested that the Court decline to exercise supplemental jurisdiction over Perri's state law claims.  Id.

      Perri filed a statement of non-opposition:

      After reviewing the defense submission of declarations and evidence, [Perri] agrees that the ADA violations have been remedied and the sole federal remedy has been rendered moot.  On that basis, [Perri] does not oppose the defense motion as to the ADA claim.  Additionally, [Perri] does not oppose the defense request that this Court decline to exercise supplemental jurisdiction and dismiss the state claims without prejudice to refiling in state court.

Docket No. 32.

      The Court may deem a failure to oppose the motion as consent to the granting of the motion. See Local Rule 7-9 (requiring the filing of an opposition brief or a statement of non-opposition no later than 21 days before hearing date); Local Rule 7-12 (failure to file an opposition may be deemed consent to the granting of a motion).  Separately, the Court grants Defendants' motion on the merits.

      For the foregoing reasons, the Court **GRANTS** Defendants' motion for partial

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 19-190 JVS (DFMx) | Date | October 24, 2019 |
| Title | Carmen John Perri v. Chivens, Inc. et al | | |

summary judgment. The Court finds that oral argument would not be helpful in this matter, and the October 25, 2019 hearing is vacated. Fed. R. Civ. P. 78; L.R. 7-15.

**IT IS SO ORDERED.**

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |